# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 10-06430 JAK (AJWx) | Date | May 3, 2011 |
| Title | Scott E. Davis v. Rancho Viejo-El Toro Homeowners' Association, Inc. et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On May 2, 2011, plaintiff electronically filed "Notice of Settlement and Request to Withdraw Motion" [37]. The Court sets an Order to Show Cause re Dismissal for **June 6, 2011 at 1:30 p.m.** If the parties file a dismissal by June 3, 2011, the matter will be taken off calendar and no appearance by counsel will be necessary.

:

Initials of Preparer   ak